NICHOLAS G. RUTGERS ET AL., SUB. ADMRS., ETC., APPEL-LANTS, v. J. H. THAYER MARTIN, STATE TAX COMMIS-SIONER, RESPONDENT.

Argued October 23 and 24, 1941—Decided January 9, 1942.

For the appellants, *R. E. & A. D. Watson.*

For the respondent, *David T. Wilentz,* Attorney-General, and *William A. Moore,* special counsel.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, THOMPSON, JJ.  13.

*For reversal*—None.